Lawrence Charles GARRETT *v.* STATE of Arkansas

CR 93-965                                     861 S.W.2d 114

Supreme Court of Arkansas
Opinion delivered September 20, 1993

*Kearney Law Office,* by: *John Lee Kearney,* for appellant.

No response.

PER CURIAM. Lawrence Charles Garrett, by his attorney, has filed a motion for rule on the clerk.

The motion admits that the record was not timely filed and that it was no fault of the appellant.

However, the motion does not state good cause for granting the motion as discussed in our per curiam issued February 5, 1979, 265 Ark. 964. If the attorney for Lawrence Charles Garrett will concede that it was his fault that the record was not filed, or if other good cause is shown, then the motion will be granted. The present motion for rule on the clerk is denied.